1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street, San Francisco, CA  94102-5106
   Mailing Address: P.O. Box 270
4  San Francisco, CA  94104-0270
   Tel.: (415) 989-4730
5  Fax: (415) 989-0491
   Email: Cook@SqueezeBloodFromTurnip.com
6  File No. 56,864

7  Attorneys for Plaintiff
   ENTREPRENEUR MEDIA, INC., a California corporation
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12 ENTREPRENEUR MEDIA, INC., a        )    CASE NO.  3:12-mc-80236-WHA
   California corporation,            )
13                                    )    NOTICE OF FILING:
                    Plaintiff,        )
14                                    )    APPLICATION AND DECLARATION FOR
   vs.                               )    RENEWAL OF JUDGMENT;
15                                    )
   SCOTT SMITH d.b.a.                )    RENEWAL OF DEFAULT JUDGMENT;
16 ENTREPRENEUR,                     )
                                      )    NOTICE OF RENEWAL
17                 Defendant.         )
                                      )
18 ─────────────────────────────────

19        COMES NOW Plaintiff ENTREPRENEUR MEDIA, INC., a California corporation,

20 ("EMI") who hereby files the above-entitled documents, filed in the United States District Court,

21 Central District of California, Case No. 98-3607 FMC (Ctx) on 1/24/12 (Documents 261, 261-1,

22 & 261-2) which are attached hereto.

   DATED:  April 30, 2015              COOK COLLECTION ATTORNEYS
23
                                       By:   /s/ David J. Cook
24                                     DAVID J. COOK, ESQ. (SBN 060859)
                                       Attorneys for Plaintiff
25                                     ENTREPRENEUR MEDIA, INC.

26 F:\USERS\DJCNEW\scott smith.nd notice of filing application

27

28

   NOTICE OF FILING:  APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT . . .
   CASE NO.  3:12-mc-80236-WHA

1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102-5106
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 54,722

7  Attorneys for Plaintiff
   ENTREPRENEUR MEDIA, INC.
8
              UNITED STATES DISTRICT COURT
9
            CENTRAL DISTRICT OF CALIFORNIA
10

11  ENTREPRENEUR MEDIA, INC., )    CASE NO. 98-3607 FMC (CTx)
                              )
12            Plaintiff,      )    APPLICATION AND DECLARATION
                              )    FOR RENEWAL OF JUDGMENT
13  vs.                       )
                              )
14  SCOTT SMITH dba           )
    Entrepreneurpr,           )
15                            )
              Defendant.      )
16  _____  )

17  ☑    Judgment creditor

18  ☐    Assignee of record applies for renewal of the judgment as follows:

19  1.   Applicant (*name and address*):

20       ENTREPRENEUR MEDIA, INC.,
         c/o David J. Cook, Esq.
21       Cook Collection Attorneys, PLC
         P.O. Box 270
22       San Francisco, CA 94104-0270

23  2.   Judgment debtors (*name and last known address*):

24       SCOTT SMITH dba Entrepreneurpr
         5714 Folsom Blvd., Suite 140
25       Sacramento, CA 95819

26  3.   Original judgment

27       a.   Case number (*specify*): 98-3607 FMC (CTx)
         b.   Entered on (*date*): 7/10/03
28

APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT
CASE NO. 98-3607 FMC (CTx)                                              1

1  The ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS'

2  FEES AND RELATED COSTS was entered on 8/13/03.

3  4.  ☐  Judgment previously renewed (specify each case number and date):

4  5.  ☑  Renewal of money judgment

5      a. Total judgment                           $   669,656.00
    b. Costs after judgment                 $    39,267.46
6      c. Attorneys fees:                    $   680,895.00
    d. Subtotal (*add a and b*)          $1,389,818.46
7      e. Credits after judgment              $     -0-
    f. Subtotal (*subtract d from c*)     $1,389,818.46
8      g. Interest on judgment dated 7/10/03:   $   143,160.27
        Interest on order dated 8/13/03:      $   152,281.71
9      h. Fee for filing renewal application     $     -0-
    i. **Total renewed judgment** (*add e, 5, and g*) $1,685,260.44

10  6.  ☐  Renewal of judgment for          ☐   possession.
11                                                  ☐   sale.

12      a. ☐  If judgment was not previously renewed, terms of judgment as
13           entered.

    b. ☐  If judgment was previously renewed, terms of judgment as last
14           renewed.

15      c. ☐  Terms of judgment remaining unsatisfied.

16  7.  Waiver of costs: Judgment Creditor hereby waives the accrual of any costs in
17  this matter.

18  8.  Acknowledgment of credit: $-0-.

19  9.  Accrued interest: Post-judgment interest on the judgment accruing at the
20  legal rate of 2.5% from the date of entry of judgment dated 7/10/03 of
21  $143,160.27 and on order dated 8/13/03 of $152,281.71 to date of filing on
22  balances due after partial satisfactions and other credits.

23  10.  Applicant seeks to renew the judgment of 7/10/03 (Docket #242) and the
24  order for fees and costs of 8/12/03 (Docket #250).

25  I declare under penalty of perjury that the foregoing is true and correct.
26  Executed on January 24, 2012.

27
28                           /s/ David J. Cook
                         DAVID J. COOK, ESQ. (SB# 060859)

## PROOF OF SERVICE

SCOTT SMITH dba Entrepreneurpr
5714 Folsom Blvd., Suite 140
Sacramento, CA 95819

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT

RENEWAL OF JUDGMENT

on the above-named person(s) by:

____XXX____   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2012.


                              _/s/  Karene Jen_____
                                    Karene Jen

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ENTREPRENEUR MEDIA, INC., )
      Plaintiff, )
       )
vs. )
       )
SCOTT SMITH dba )
Entrepreneurpr, )
      Defendant. )

CASE NO. 98-3607 FMC (CTx)

RENEWAL OF DEFAULT JUDGMENT

    Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

    The judgment to and against Defendant SCOTT SMITH dba Entrepreneurpr, [copy attached] is hereby renewed in the amounts as set forth below:

    Renewal of money judgment

| | | |
|---|---|---:|
| a. | Total judgment | $ 669,656.00 |
| b. | Costs after judgment | $ 39,267.46 |
| c. | Attorneys fees: | $ 680,895.00 |
| d. | Subtotal (*add a and b*) | $1,389,818.46 |
| e. | Credits after judgment | $ -0- |
| f. | Subtotal (*subtract d from c*) | $1,389,818.46 |
| g. | Interest on judgment dated 7/10/03: | $ 143,160.27 |
| | Interest on order dated 8/13/03: | $ 152,281.71 |
| h. | Fee for filing renewal application | $ -0- |
| i. | **Total renewed judgment** (*add e. 5, and g*) | $1,685,260.44 |

DATED: _____    CLERK, by _____,
                                 Deputy

LATHAM & WATKINS LLP
 Perry J. Viscounty (State Bar No. 132143)
 Mark A. Finkelstein (State Bar No. 173851)
650 Town Center Drive, Suite 2000
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC.,<br>a California corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>SCOTT SMITH<br>dba ENTREPRENEURPR,<br><br>         Defendant. | Case No. 98-3607 FMC (CTx)<br><br>[PROPOSED] JUDGMENT AND<br>PERMANENT INJUNCTION<br>FOLLOWING COURT TRIAL |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM•WATKINS™  OC\610572.2
ATTORNEYS AT LAW
ORANGE COUNTY

242

1       This case was tried by the Court sitting without a jury on April 29,

2   April 30, and May 2, 2003. Based upon the Findings of Facts and Conclusions of Law

3   adopted by the Court, and having considered all of the evidence and argument presented

4   at trial by the parties and in the written closing arguments, IT IS HEREBY ORDERED,

5   ADJUDGED, AND DECREED that plaintiff Entrepreneur Media, Inc. be awarded

6   Judgment and a permanent injunction in this action against defendant Scott Smith dba

7   EntrepreneurPR as follows:

8       1.    Defendant Scott Smith dba EntrepreneurPR, and his officers, agents,

9   servants, employees, and attorneys, and all persons in active concert or participation with

10   them, must immediately cease, and are permanently enjoined from, using the marks

11   ENTREPRENEUR, ENTREPRENEURPR, ENTREPRENEUR ILLUSTRATED, and/or

12   ENTREPRENEURPR.COM, or any other mark, trade name, or domain name that is a

13   colorable imitation thereof or likely to cause confusion therewith, in commerce or in

14   connection with the sale, offering for sale, distribution, and/or advertising of (1) paper

15   goods and printed matter, and/or (2) advertising and business services, including online

16   services. This permanent injunction specifically includes, but is not limited to, the

17   "public relations" activities that Scott Smith dba EntrepreneurPR has previously provided

18   under the marks referenced above.

19       2.    Defendant Scott Smith dba EntrepreneurPR, and his officers, agents,

20   servants, employees, and attorneys, and all persons in active concert or participation with

21   them, are hereby ordered to immediately surrender to Entrepreneur Media, Inc. all

22   advertising, publications, goods, labels, signage, packages, and any other materials that

23   contain the marks ENTREPRENEUR, ENTREPRENEURPR, ENTREPRENEUR

24   ILLUSTRATED, and/or ENTREPRENEURPR.COM, or any other mark that is a colorable

25   imitation thereof or likely to cause confusion therewith.

26       3.    Plaintiff Entrepreneur Media, Inc. is awarded damages in the amount

27   of $669,656, which includes damages of $12,500 incurred after February 11, 2002.

28       4.    Because this is an exceptional case, in that defendant Scott Smith

Case3:12-mc-80236-WHA   Document2   Filed04/30/15   Page8 of 21
Case 2:98-cv-03607-FMC-CT   Document 261-1   Filed 01/24/12   Page 4 of 11   Page ID #:153
Case 2:98-cv-03607-FMC-CT   Document 242   Filed 07/09/03   Page 3 of 4   Page ID #:133

1  dba EntrepreneurPR intentionally and willfully infringed Entrepreneur Media, Inc.'s

2  trademark, plaintiff Entrepreneur Media, Inc. is awarded its attorneys' fees in the amount

3  of _____.

4          5.      Plaintiff Entrepreneur Media, Inc. is awarded its costs in the amount

5  of _____.

6          6.      To the extent that defendant Scott Smith dba EntrepreneurPR

7  asserted any rights or claims against plaintiff Entrepreneur Media, Inc., such rights and

8  claims are denied.

9          IT IS SO ORDERED, ADJUDGED, AND DECREED.

10

11  DATED: _July 9, 2003_          _____

12                                 Honorable Florence-Marie Cooper
                                   District Court Judge
13

14  Presented By:

15  LATHAM & WATKINS LLP

16
    By:_____
17      Mark A. Finkelstein
    Attorneys for Plaintiff
18  Entrepreneur Media, Inc.

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins, 650 Town Center Drive, Suite 2000, Costa Mesa, CA  92626-1925.

On July 3, 2003, I served the following document described as:

**[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION FOLLOWING COURT TRIAL**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service.  Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid.  I deposited in Latham & Watkins LLP's interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Jeffrey S. Kravitz
Kravitz Law Office
2728 J. Street, Suite 204
Sacramento, CA 95816

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2003, at Costa Mesa, California.

Sandra L. McNeff

Case3:12-mc-80236-WHA Document2 Filed04/30/15 Page10 of 21
Case 2:98-cv-03607-FMC-CT Document 261-1 Filed 01/24/12 Page 6 of 11 Page ID #:155
Case 2:98-cv-03607-FMC-CT Document 250 Filed 08/12/03 Page 1 of 5 Page ID #:135



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ENTREPRENEUR MEDIA, INC.,      )     CV 98-3607 FMC (CTx)
                               )
            Plaintiff(s),      )
                               )
                               )     ORDER GRANTING PLAINTIFF'S
vs.                            )     MOTION FOR ATTORNEYS' FEES
                               )     AND RELATED COSTS
SCOTT   SMITH,   dba           )
ENTREPRENEURPR,                )
                               )
            Defendant(s).      )

## I. Introduction

   This matter is before the Court on Plaintiff Entrepreneur Media, Inc.'s
Motion for an Order Setting Attorneys' Fees (docket no. 243). The Court deems
this matter appropriate for decision without oral argument. *See* Fed. R. Civ. P.
78; Local Rule 7-15. Accordingly, the hearing date set for August 18, 2003, is
hereby removed from the Court's calendar. For the reasons set forth below, the
Court hereby grants Plaintiff's motion.

250

## II. Background

Entrepreneur Media, Inc. ("Entrepreneur") filed a Complaint against Defendant Scott Smith dba ENTREPRENEURPR in May 1998 through its previous counsel, Henry Bissell. Approximately one year later, Entrepreneur filed its First Amended Complaint and then, in May 1999, Latham & Watkins ("L&W") was substituted as Entrepreneur's counsel. From May 1999 to the present time, Entrepreneur's outside counsel on this case was L&W.

Following trial, this Court made "Findings of Fact and Conclusions of Law," and found that Smith had intentionally infringed upon Entrepreneur's trademark, making this an "exceptional case" justifying an award of attorneys' fees. (*See* Findings of Fact and Conclusions of Law entered June 24, 2003.) Pursuant to the Court's findings, Entrepreneur filed the instant Motion for an Order Setting Attorneys' Fees. No opposition brief has been filed.

## III. Standard

In *Intel Corp. v. Terabyte Int'l, Inc.*, 6 F.3d 614 (9th Cir. 1993), the Ninth Circuit set forth the steps a district court should follow in determining the amount of a fee award under the Lanham Act:

> When it sets a fee, the district court must first determine the presumptive lodestar figure by multiplying the number of hours reasonably expended on the litigation by the reasonable hourly rate. Next, in appropriate cases, the district court may adjust the "presumptively reasonable" lodestar figure based upon the factors listed in *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 69-70 (9th Cir. 1975), that have not been subsumed in the lodestar

- 2 -

1    calculation.[1]

2    *Gracie v. Gracie*, 217 F.3d 1060, 1069-70 (9th Cir. 2000) (citing *Intel Corp.*, 6 F.3d

3    at 622).

4

5                              **IV. Discussion**

6

7           Plaintiff's request for attorneys' fees is reasonable based on the Court's

8    consideration of the applicable *Kerr* factors: the time and labor required; the

9    requisite skill required to perform the legal services properly; the amount

10   involved and the results obtained; the experience, reputation, and ability of the

11   attorneys; and attorney's fee awards in similar cases.  The Supreme Court has

12   noted that "the most critical factor" for determining the reasonableness of a fee

13   award "is the degree of success obtained." *Hensley v. Eckerhart*, 461 U.S. 424, 436,

14

15          [1] In *Kerr*, the Ninth Circuit enumerated twelve factors for possible adjustment of the lodestar

16   figure. *See Kerr*, 526 F.2d at 69-70. Those factors are: (1) the time and labor required; (2) the

17   novelty and difficulty of the questions involved; (3) the skill requisite to perform the legal service

18   properly; (4) the preclusion of other employment by the attorney due to the acceptance of the case;

19   (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the

20   client or the circumstances; (8) the amount involved and the results obtained; (9) the experience,

21   reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and

22   length of the professional relationship with the client; and (12) awards in similar cases.  In *Farrar*

23   *v. Hobby*, 506 U.S. 103, 114, 113 S.Ct. 566 (1992), the Supreme Court noted that a district court

24   should give primary consideration to the degree of success achieved when determining attorneys'

25   fees.

26

27

28

                                    - 3 -

Case3:12-mc-80236-WHA   Document2   Filed04/30/15   Page13 of 21
Case 2:98-cv-03607-FMC-CT   Document 261-1   Filed 01/24/12   Page 9 of 11   Page ID #:158
Case 2:98-cv-03607-FMC-CT   Document 250   Filed 08/12/03   Page 4 of 5   Page ID #:138

1   103 S.Ct. 1933 (1983).

2      The Court notes that resolution of this case included an unsuccessful

3 mediation, many depositions (which in some instances required travel), several

4 discovery motions and *ex parte* applications, expert witness work, a successful

5 motion for summary judgment by Plaintiff, briefing and argument before the

6 Ninth Circuit, and a subsequent remand back to this Court for a full trial on the

7 merits. Moreover, Entrepreneur achieved a high degree of success in this case.

8 Specifically, the Court found that Defendant Smith intentionally infringed on

9 Entrepreneur's trademark, and awarded Entrepreneur damages of $669,656.00

10 and a permanent injunction. (*See* Findings of Fact and Conclusions of Law

11 entered June 24, 2003.) Accordingly, the Court finds that Plaintiff's request for

12 attorneys' fees is reasonable. Plaintiff's request for related costs is also

13 reasonable. *See Shakey's Incorporated v. Covalt*, 704 F.2d 426, 435-46 (9th Cir.

14 1983).

15      The Court hereby awards Plaintiff reasonable attorneys' fees in the amount

16 of $680,895.00 and related costs in the amount of $39,267.46, for a total award of

17 $720,162.46.

18

19                **V. Conclusion**

20

21      The Court hereby **GRANTS** Plaintiff's Motion for an Order Setting

22 Attorneys' Fees (docket no. 243), and awards Plaintiff attorneys' fees in the

23

24

25

26

27

28

- 4 -

1 | amount of $680,895.00 and related costs in the amount of $39,267.46, for a total

2 | award of $720,162.46.

3

4 | IT IS SO ORDERED.

5

6 | August 12, 2003.

7

8

9 | FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

SCOTT SMITH dba Entrepreneurpr
5714 Folsom Blvd., Suite 140
Sacramento, CA 95819

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT

RENEWAL OF JUDGMENT

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 24, 2012.

/s/ Karene Jen
Karene Jen

1 | DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
2 | COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
3 | 165 Fell Street
San Francisco, CA 94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
5 | Tel.: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 54,722

7 | Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

8 |

UNITED STATES DISTRICT COURT

9 |

CENTRAL DISTRICT OF CALIFORNIA

10 |

11 | ENTREPRENEUR MEDIA, INC., )       CASE NO. 98-3607 FMC (CTx)
12 |                             )
          Plaintiff,           )       NOTICE OF RENEWAL OF
13 |                             )       JUDGMENT
     vs.                        )
14 |                             )
     SCOTT SMITH dba            )
15 | Entrepreneurpr,             )
                                )
16 |          Defendant.        )
                                )

17 |       TO JUDGMENT DEBTOR SCOTT SMITH dba Entrepreneurpr:

18 |       This renewal extends the period of enforceability of the judgment until 10

19 | years from the date the application for renewal was filed.  The renewal of the

20 | money judgment is for the following amounts:

21 |       Renewal of money judgment:

22 |              a. Total judgment                        $  669,656.00
23 |              b. Costs after judgment                  $   39,267.46
                 c. Attorneys fees:                       $  680,895.00
24 |              d. Subtotal (add a and b)                $1,389,818.46
                 e. Credits after judgment                $    -0-
25 |              f. Subtotal (subtract d from c)          $1,389,818.46
                 g. Interest on judgment dated 7/10/03:   $  143,160.27
26 |                 Interest on order dated 8/13/03:      $  152,281.71
                 h. Fee for filing renewal application    $    -0-
27 |              i. Total renewed judgment (add e, 5, and g) $1,685,260.44

28 |

NOTICE OF RENEWAL OF JUDGMENT - CASE NO. 98-3607 FMC (CTx)                    1

1         2. If you object to this renewal, you may make a motion to vacate or modify

2   the renewal with this court.

3         3. You must make this motion within 30 days after service of this notice on

4   you.

5         4. A copy of the Application for and Renewal of Judgment is attached

6   (Cal. Rules of Court, Rule 3.1900).

7

8   DATED: _____          CLERK, by _____.
                                     Deputy

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | DAVID J. COOK, ESQ. (State Bar # 060859)
2 | ROBERT J. PERKISS, ESQ (State Bar # 62386)
  | COOK COLLECTION ATTORNEYS
  | A PROFESSIONAL LAW CORPORATION
3 | 165 Fell Street
  | San Francisco, CA  94102
4 | Mailing Address: P.O. Box 270
  | San Francisco, CA  94104-0270
5 | Tel.: (415) 989-4730
  | Fax: (415) 989-0491
6 | File No. 54,722

7 | Attorneys for Plaintiff
  | ENTREPRENEUR MEDIA, INC.

8 | 

9 | UNITED STATES DISTRICT COURT

  | CENTRAL DISTRICT OF CALIFORNIA
10 |

11 | ENTREPRENEUR MEDIA, INC.,        )        CASE NO.  98-3607 FMC (CTx)
12 |                                 )
   |          Plaintiff,             )        NOTICE OF RENEWAL OF
13 |                                 )        JUDGMENT
   | vs.                             )
14 |                                 )
   | SCOTT SMITH dba                 )
15 | Entrepreneurpr,                 )
   |                                 )
16 |          Defendant.             )
17 | _____

   | TO JUDGMENT DEBTOR SCOTT SMITH dba Entrepreneurpr:
18 |
   | This renewal extends the period of enforceability of the judgment until 10
19 |
   | years from the date the application for renewal was filed.  The renewal of the
20 |
   | money judgment is for the following amounts:
21 |
   | Renewal of money judgment:
22 |

| | | |
|---|---|---|
| a. | Total judgment | $   669,656.00 |
| b. | Costs after judgment | $     39,267.46 |
| c. | Attorneys fees: | $   680,895.00 |
| d. | Subtotal (*add a and b*) | $1,389,818.46 |
| e. | Credits after judgment | $          -0- |
| f. | Subtotal (*subtract d from c*) | $1,389,818.46 |
| g. | Interest on judgment dated 7/10/03: | $   143,160.27 |
|    | Interest on order dated 8/13/03: | $   152,281.71 |
| h. | Fee for filing renewal application | $          -0- |
| i. | **Total renewed judgment** (*add e, 5, and g*) | $1,685,260.44 |

28 |

NOTICE OF RENEWAL OF JUDGMENT - CASE NO. 98-3607 FMC (CTx)                     1

FOR OFFICE USE ONLY

FOR OFFICE USE ONLY

1      2. If you object to this renewal, you may make a motion to vacate or modify

2  the renewal with this court.

3      3. You must make this motion within 30 days after service of this notice on

4  you.

5      4. A copy of the Application for and Renewal of Judgment is attached

6  (Cal. Rules of Court, Rule 3.1900).

**SEAL**

7

8  DATED: _____   02/01/12       Lori Muraoka

    CLERK, by _____.
    Deputy   Clerk, U.S. District Court

9

10

11

12

13

14

15

FOR OFFICE USE ONLY

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RENEWAL OF JUDGMENT - CASE NO. 98-3607 FMC (CTx)

2

I hereby attest and certify on 4/29/2015
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1165

1          **<u>PROOF OF SERVICE</u>**

2     SCOTT R. SMITH
      5714 Folsom Blvd., Suite 140
3     Sacramento, CA 95819

4          I declare:

5          I am employed in the County of San Francisco, California. I am over the age of eighteen
      (18) years and not a party to the within cause. My business address is 165 Fell Street, San
6     Francisco, CA 94102. On the date set forth below, I served the attached:

7          NOTICE OF FILING:

8          APPLICATION AND DECLARATION FOR RENEWAL OF JUDGMENT;

9          RENEWAL OF DEFAULT JUDGMENT;

10         NOTICE OF RENEWAL

11    on the above-named persons by:

12    __XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
      thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
13    persons served above.

14         I declare under penalty of perjury that the foregoing is true and correct.

15         Executed on April 30, 2015 at San Francisco, California.

16
                              __/s/ David J. Cook_____
17                            DAVID J. COOK, ESQ. (SBN 060859)

18

19

20

21

22

23

24

25

26

27

28