**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street, San Francisco, CA 94102-5106
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
Email: Cook@SqueezeBloodFromTurnip.com
File No. 56,864

Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT SMITH d.b.a. ENTREPRENEUR, <br><br> Defendant. | CASE NO.  3:12-mc-80236-WHA <br><br> NOTICE OF FILING: <br><br> RENEWAL OF DEFAULT JUDGMENT |

COMES NOW Plaintiff ENTREPRENEUR MEDIA, INC., a California corporation, ("EMI") who hereby files the above-entitled document, filed in the United States District Court, Central District of California, Case No. 98-3607 FMC (Ctx) on 1/24/12 (Document 262) which is attached hereto.

DATED: April 30, 2015                    COOK COLLECTION ATTORNEYS

By:  ___/s/ David J. Cook_____
DAVID J. COOK, ESQ. (SBN 060859)
Attorneys for Plaintiff
ENTREPRENEUR MEDIA, INC.

F:\USERS\DJCNEW\SCOTT SMITH.ND NOTICE OF FILING RENEWAL

NOTICE OF FILING:  RENEWAL OF DEFAULT JUDGMENT .- CASE NO.  3:12-mc-80236-WHA

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., ) | CASE NO. 98-3607 FMC (CTx) |
| Plaintiff, ) | RENEWAL OF DEFAULT JUDGMENT |
| vs. ) | BY CLERK |
| SCOTT SMITH dba ) Entrepreneurpr, ) | |
| Defendant. ) | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant SCOTT SMITH dba Entrepreneurpr, [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

|   |   |   |
|---|---|---|
| a. | Total judgment | $ 669,656.00 |
| b. | Costs after judgment | $ 39,267.46 |
| c. | Attorneys fees: | $ 680,895.00 |
| d. | Subtotal *(add a and b)* | $1,389,818.46 |
| e. | Credits after judgment | $ -0- |
| f. | Subtotal *(subtract d from c)* | $1,389,818.46 |
| g. | Interest on judgment dated 7/10/03: | $ 143,160.27 |
|    | Interest on order dated 8/13/03: | $ 152,281.71 |
| h. | Fee for filing renewal application | $ -0- |
| i. | **Total renewed judgment** *(add e. 5. and g)* | $1,685,260.44 |

DATED: ___02/01/12___        CLERK, by _Lori Muraoka_ _____,
                              Deputy Clerk, U.S. District Court

RENEWAL OF JUDGMENT - CASE NO. 98-3607 FMC (CTx)        1



I hereby attest and certify on 4/20/2015
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

1165

## PROOF OF SERVICE

SCOTT R. SMITH
5714 Folsom Blvd., Suite 140
Sacramento, CA 95819

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

NOTICE OF FILING:

RENEWAL OF DEFAULT JUDGMENT

on the above-named persons by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the persons served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2015 at San Francisco, California.

/s/ David J. Cook
DAVID J. COOK, ESQ. (SBN 060859)