IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENTREPRENEUR MEDIA, INC.,

    Plaintiff,

  v.

SCOTT SMITH dba ENTREPRENEURPR,

    Defendant.

No. C 12-80236 WHA

**ORDER DENYING EX PARTE APPLICATION**

The application for entry of order authorizing process server to levy execution is **DENIED** as premature and without prejudice to a new application in the event that the plan to place the lien on the state court cost bill proves ineffective.

**IT IS SO ORDERED.**

Dated: September 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE