IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ENTREPRENEUR MEDIA, INC.,

    Plaintiff,

v.

SCOTT SMITH dba Entrepreneurpr,

    Defendant.

No. C 12-80236 WHA

**ORDER GRANTING PERMISSION FOR ELECTRONIC CASE FILING**

The Court has considered defendant Scott Smith's motion for permission to participate in electronic case filing (Dkt. No. 15). The motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 2, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE